# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 19, 2014

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

    Re:  Daniel Coprich and Glenn Island
          v. United States
          No. 13-10155
          (Your No. 12-1048, 12-1267)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 14, 2014 and placed on the docket May 19, 2014 as No. 13-10155.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Melissa Blalock
          Case Analyst